UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS ESTRADA OCCEGUEDO,<br><br>   Petitioner,<br><br>   v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>   Respondent. | Case No. CV 15-1117-DDP(AJW)<br><br><br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: August 4, 2015

_____
Dean D. Pregerson
United States District Judge